# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL A. QUICK,
                  Appellant,
vs.
THE STATE OF NEVADA,
                  Respondent.

No. 70806

**FILED**

AUG 19 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:   Hon. Michael Villani, District Judge
      Michael A. Quick
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-25843